| | |
|---|---|
| ERIC DANNENBERG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRANDON PRICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00128-SAB (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY $400.00 FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Eric Dannenberg is a civil detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to a civil commitment are not prisoners within the meaning of the Prison Litigation Reform Act. See Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*, filed on January 24, 2020. (ECF No. 2.)

However, Plaintiff's application to proceed *in forma pauperis* has not been submitted on the required "Application to Proceed Without Prepayment of Fees and Affidavit AO 240" form. Plaintiff must submit a completed and signed application on the blank "Application to Proceed Without Prepayment of Fees and Affidavit AO 240" form included with this order if Plaintiff wishes for his application to proceed *in forma pauperis* to be considered by the Court.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send Plaintiff a blank "Application to Proceed Without Prepayment of Fees and Affidavit AO 240" form;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* by a **non-prisoner**, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **<u>Plaintiff is warned that the failure to comply with this order will result in a recommendation to a District Judge that this action be dismissed, without prejudice</u>.**

IT IS SO ORDERED.

Dated: **January 27, 2020**

_____
UNITED STATES MAGISTRATE JUDGE